## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | | | |
|---|---|---|---|
| In re: | TERESA B ROBINSON | ) | Case Number: 0470824 |
| | 2588 COLLINS HWY | ( | Chapter: 13   Judge: WSH |
| | PIKEVILLE, KY 41501 | ( | Trustee Claim Number: |
| | | ) | Court Claim Number: 7 |
| SSN: | XXX-XX-6759 | ( | Original Claim Amount: $ 14541.89 |
| | | ) | Trustee: Beverly Burden |

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Fifth Third Bank (the "Seller/Transferor/Assignor") and National Capital Management, LLC (the "Purchaser/Transferee/Assignee") do hereby provide, joint notice of the unconditional sale and transfer of all right, title, and interest in and to Bankruptcy Claims (as such is defined in the Asset Purchase Agreement dated June 29, 2005 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Bankruptcy Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby request that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001(e)(2). Accordingly, the Seller/Transferor/Assignor and the Purchaser/Transferee/Assignee jointly request that the transfer of the Bankruptcy Claim be made immediately upon the docketing of this Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee hereby requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

Dated: August 26, 2005

SELLER/ASSIGNOR/TRANSFEROR:
Fifth Third Bank
5050 Kingsley Blvd MD # 1MOB1O
CINCINNATI, OH 45263
(513)358-7122

PURCHASER/ASSIGNEE/TRANSFEREE
National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, Tennessee 38125
(901) 748-2900

By: /S/ROBERT MAUPIN
ROBERT MAUPIN (P.O.A)
VICE PRESIDENT

By: /S/Christopher Wall
Christopher Wall, Officer
Director of Operations